UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

    CASE NO. 11-CR-20456
    HONORABLE GEORGE CARAM STEEH

ANTHONY GLENN WASHINGTON,

    Defendant-Petitioner.

_____/

**ORDER DENYING PETITIONER'S MOTION FOR
RECONSIDERATION (Doc. 37) AND MOTION TO TRANSFER (Doc. 38)**

On February 24, 2015, the court denied petitioner's 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence. Now before the court is petitioner's motion for reconsideration and motion to transfer this matter to another judge. Having failed to show a palpable defect by which the court has been misled, or that correcting the alleged defect will result in a different disposition of the case, as required for the relief requested by Local Rule 7.1(h)(3), petitioner's motion for reconsideration (Doc. 37) is DENIED. As this matter is now closed, petitioner's motion to transfer this matter to another judge is DENIED AS MOOT.

    **IT IS SO ORDERED**.

Dated: March 11, 2015

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 11, 2015, by electronic and/or ordinary mail and also on
Anthony Glenn Washington #18485-039, FCI Loretto,
P. O. Box 1000, Loretto, PA 15940.

s/Barbara Radke
Deputy Clerk