UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                   Case No. 11-CR-20456

vs.

                                   HON. GEORGE CARAM STEEH

D-1   ANTHONY GLENN WASHINGTON,

      Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. 3582(c)(2) [DOC. 31]

The Court has considered defendant's Motion and a Memorandum from the Probation Department finding defendant ineligible for a sentence reduction and for the reasons stated in that Memorandum,

The court hereby denies the motion.

It is so ordered.

Dated: August 12, 2015

                                   S/George Caram Steeh
                                   GEORGE CARAM STEEH
                                   UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon Anthony Glenn Washington #18485-039, Box 1000, Loretto, PA 15940-1000 and attorneys of record on
August 12, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk